IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Arthur and Barbara Robinson         : CHAPTER 13
                                           :
      Debtors,                             : CASE NO. 14-17029

### ORDER APPROVING COUNSEL FEE

AND NOW, this 16th day of February, 2017, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses submitted by Law Offices of Georgette Miller, Esq, P.C, counsel for Debtor, it is hereby ORDERED that additional counsel fees in and costs the amount of $1,850.00 are approved as fair and reasonable and necessary counsel fees in connection with this case and meet the requirements of Bankruptcy Rule 2016 and Section 329 of Title 11 United States Code. This amount is in addition to the amount already approved by Order of this Court.

BY THE COURT:

_____
Bankruptcy Judge

William C. Miller Chapter 13 Trustee
1234 Market Street, Suite 18-341
Philadelphia, PA 19107

Office of US Trustee
Suite 500
833 Chestnut Street
Philadelphia, PA 19107

Arthur and Barbara Robinson
1322 St. Vincent Street
Philadelphia, PA 19111

{00253749;v1}