United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barbara Ann Robinson  
Arthur Lee Robinson  
    Debtors

Case No. 14-17029-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey        Page 1 of 1        Date Rcvd: Feb 16, 2017  
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2017.  
db/jdb       +Barbara Ann Robinson,   Arthur Lee Robinson,   1322 St. Vincent Street,   Philadelphia, PA 19111-4218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2017 at the address(es) listed below:

        ALEXANDRA T. GARCIA   on behalf of Creditor   Wells Fargo Bank, N.A. ecfmail@mwc-law.com  
        ALEXANDRA T. GARCIA   on behalf of Creditor   WELLS FARGO BANK, N.A. ecfmail@mwc-law.com  
        ANDREW F GORNALL   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION   agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        ANN E. SWARTZ   on behalf of Defendant   WELLS FARGO BANK N.A. ecfmail@mwc-law.com, ecfmail@mwc-law.com  
        ANN E. SWARTZ   on behalf of Creditor   WELLS FARGO BANK, N.A. ecfmail@mwc-law.com, ecfmail@mwc-law.com  
        ANN E. SWARTZ   on behalf of Creditor   Wells Fargo Bank, N.A. ecfmail@mwc-law.com, ecfmail@mwc-law.com  
        GEORGETTE MILLER   on behalf of Debtor Barbara Ann Robinson info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com  
        GEORGETTE MILLER   on behalf of Plaintiff Arthur Lee Robinson info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com  
        GEORGETTE MILLER   on behalf of Joint Debtor Arthur Lee Robinson info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com  
        GEORGETTE MILLER   on behalf of Plaintiff Barbara Ann Robinson info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION   bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        KARINA VELTER   on behalf of Creditor   Wells Fargo Bank, N.A. amps@manleydeas.com  
        MARISSA M. O'CONNELL   on behalf of Creditor   City of Philadelphia marissa.o'connell@phila.gov, James.Feighan@phila.gov  
        PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov  
        THOMAS I. PULEO   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION   tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                            TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Arthur and Barbara Robinson     : CHAPTER 13
                                        :
Debtors,                                : CASE NO. 14-17029

## ORDER APPROVING COUNSEL FEE

AND NOW, this __16th__ day of __February__, 2017, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses submitted by Law Offices of Georgette Miller, Esq, P.C, counsel for Debtor, it is hereby ORDERED that additional counsel fees in and costs the amount of $1,850.00 are approved as fair and reasonable and necessary counsel fees in connection with this case and meet the requirements of Bankruptcy Rule 2016 and Section 329 of Title 11 United States Code. This amount is in addition to the amount already approved by Order of this Court.

BY THE COURT:

_____
Bankruptcy Judge

William C. Miller Chapter 13 Trustee
1234 Market Street, Suite 18-341
Philadelphia, PA 19107

Office of US Trustee
Suite 500
833 Chestnut Street
Philadelphia, PA 19107

Arthur and Barbara Robinson
1322 St. Vincent Street
Philadelphia, PA 19111

{00253787;v1}