## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 14-17029-amc** |
| **Barbara Ann Robinson** | : | **Chapter 13** |
| **Arthur Lee Robinson** | : | **Judge Ashely M. Chan** |
| | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A. as successor by** | : | **Date and Time of Hearing** |
| **merger to Wachovia Bank, N.A.** | : | **Place of Hearing** |
| **Movant,** | : | **September 5, 2017 at 11:00 a.m.** |
| | : | |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Barbara Ann Robinson** | : | **900 Market Street** |
| **Arthur Lee Robinson** | : | **Philadelphia, PA, 19107** |
| | : | |
| **William C. Miller** | | |
| **Respondents.** | | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE WITH 30 DAY WAIVER

Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. has filed a Response Deadline, and Hearing Date, Certificate of No Objection and Motion for Relief from the Automatic Stay with 30 day waiver to permit Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. to foreclose on 1322 St. Vincent Street, Philadelphia, PA 19111 (First Mortgage).

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 17, 2017, you or your attorney must do **ALL** of the following:

   A.  File an answer explaining your position at:

### Clerk, U.S. Bankruptcy Court
U.S. Bankruptcy Court
900 Market Street
Philadelphia, PA, 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

16-028787_FXF

B.   Mail a copy to the Creditor's attorney and the below listed:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on September 5, 2017 at 11:00 a.m. in U.S. Bankruptcy Court, Courtroom #5, 900 Market Street, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:   August 2, 2017

16-028787_FXF

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : **Case No.: 14-17029-amc** |
| **Barbara Ann Robinson** | : **Chapter 13** |
| **Arthur Lee Robinson** | : **Judge Ashely M. Chan** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Wells Fargo Bank, N.A. as successor by** | : **Date and Time of Hearing** |
| **merger to Wachovia Bank, N.A.** | : **Place of Hearing** |
| **Movant,** | : **September 5, 2017 at 11:00 a.m.** |
| | : |
| **vs** | : |
| | : **U.S. Bankruptcy Court** |
| **Barbara Ann Robinson** | : **900 Market Street** |
| **Arthur Lee Robinson** | : **Philadelphia, PA, 19107** |
| | : |
| **William C. Miller** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response Deadline, and

Hearing Date and Motion for Relief from the Automatic Stay to permit Wells Fargo Bank, N.A.

as successor by merger to Wachovia Bank, N.A. to foreclose on 1322 St. Vincent Street,

Philadelphia, PA 19111 (First Mortgage) was served on the parties listed below via e-mail

notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Georgette Miller, Attorney for  Barbara Ann Robinson and Arthur Lee Robinson, 335 Evesham Avenue, Lawnside, NJ  08045, info@georgettemillerlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 2, 2017:

16-028787_FXF

Barbara Ann Robinson and Arthur Lee Robinson, 1322 St. Vincent Street, Philadelphia, PA 19111

Wells Fargo Bank Nv Na, PO Box 31557, Billings, MT  59107

Wells Fargo Bank Nv Na, PO Box 31557, Billings, MT  59107


DATE:  __August 2, 2017_____

      __/s/ Karina Velter_____
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-028787_FXF