United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 14-17029-amc
Barbara Ann Robinson                                                        Chapter 13
Arthur Lee Robinson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 2              Date Rcvd: Oct 18, 2019
                               Form ID: 138NEW           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
```
db/jdb         +Barbara Ann Robinson,    Arthur Lee Robinson,    1322 St. Vincent Street,
                 Philadelphia, PA 19111-4218
cr             +WELLS FARGO BANK, N.A.,    X2303-01A,    1 HOME CAMPUS,    DES MOINES, IA 50328-0001
cr              Wells Fargo Bank N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA  50328-0001
cr              Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
13463093        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
13379393       +Bby/Cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13379394       +Beneficial Finance,    1818 Market Street,    Philadelphia, PA 19103-3638
13379396       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13379397       +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
13456575       +Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
13386181       +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13379398        Direct TV,   2237 E. Imperial Hwy,    El Segundo, CA 90245
13468780       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13379399       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13379401      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan-Infiniti Lt,      2901 Kinwest Pkwy,    Irving, TX 75063)
14249149       +New Penn Financial, LLC d/b/a Shellpoint Mortgage,     P.O. Box 10826,
                 Greenville, SC 29603-0826
13383311        Nissan - Infiniti LT,    POB 660366,    Dallas, TX  75266-0366
13392925       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3Fl
13379402       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13379403       +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13379406       +Thd/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13450858       +USAA FEDERAL SAVINGS BANK,    C O WEINSTEIN, PINSON, AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13379407        Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265
13379408       +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
13434010       +Wells Fargo Bank, NA,    1 Home Campus MAC X2303-01A,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2019 03:45:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2019 03:46:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:40     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:34     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13379392       +E-mail/Text: ally@ebn.phinsolutions.com Oct 19 2019 03:45:00     Ally Financial,
                 P.O. Box 380901,    Minneapolis, MN 55438-0901
13390783        E-mail/Text: ally@ebn.phinsolutions.com Oct 19 2019 03:45:00
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13398735       +E-mail/Text: BankruptcyNotices@aafes.com Oct 19 2019 03:45:02
                 Army & Air Force Exchange Services,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
13421043        E-mail/Text: bankruptcy@wsfsbank.com Oct 19 2019 03:44:59     Beneficial Bank,
                 1818 Market Street, 8th floor,    Philadelphia, PA  19103
13479819       +E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:39
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13379400        E-mail/Text: BankruptcyNotices@aafes.com Oct 19 2019 03:45:02     Military Star,
                 3911 S Walton Walker Blv,    Dallas, TX 75236
13465065        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2019 03:52:13
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13385734        E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2019 03:53:11
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13379404        E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:08     Syncb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
13379405       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:53:04     Syncb/Sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0313-2          User: Stacey               Page 2 of 2               Date Rcvd: Oct 18, 2019
                              Form ID: 138NEW            Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                   TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13379395              car lease
cr*              +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                   Greenville, SC 29603-0826
cr*              +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                   Greenville, SC 29603-0826
                                                                                          TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    WELLS FARGO BANK, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Defendant    WELLS FARGO BANK N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    WELLS FARGO BANK, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              GEORGETTE MILLER    on behalf of Joint Debtor Arthur Lee Robinson info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              GEORGETTE MILLER    on behalf of Plaintiff Barbara Ann Robinson info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              GEORGETTE MILLER    on behalf of Debtor Barbara Ann Robinson info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              GEORGETTE MILLER    on behalf of Plaintiff Arthur Lee Robinson info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              MARISSA M. O'CONNELL    on behalf of Creditor    City of Philadelphia marissa.o'connell@phila.gov,
               karena.blaylock@phila.gov
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 18
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Barbara Ann Robinson and Arthur Lee Robinson

        Debtor(s)                               Bankruptcy No: 14−17029−amc

                                                     Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                       900 Market Street
                          Suite 400
                    Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                  For The Court
                                                       Timothy B. McGrath
                                                        Clerk of Court

Dated: 10/18/19

                                                                                         86 – 84
                                                                        Form 138_new