United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-17029-amc
Barbara Ann Robinson                                                      Chapter 13
Arthur Lee Robinson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 2             Date Rcvd: Jan 22, 2020
                            Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db/jdb         +Barbara Ann Robinson,   Arthur Lee Robinson,   1322 St. Vincent Street,
                Philadelphia, PA 19111-4218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ALEXANDRA T. GARCIA    on behalf of Creditor    WELLS FARGO BANK, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Defendant    WELLS FARGO BANK N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    WELLS FARGO BANK, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          GEORGETTE MILLER    on behalf of Debtor Barbara Ann Robinson info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          GEORGETTE MILLER    on behalf of Plaintiff Arthur Lee Robinson info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          GEORGETTE MILLER    on behalf of Joint Debtor Arthur Lee Robinson info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          GEORGETTE MILLER    on behalf of Plaintiff Barbara Ann Robinson info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
          KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          MARISSA M. O'CONNELL    on behalf of Creditor    City of Philadelphia marissa.o'connell@phila.gov,
           karena.blaylock@phila.gov
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com

```
District/off: 0313-2          User: Stacey                Page 2 of 2              Date Rcvd: Jan 22, 2020
                              Form ID: 195                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                    TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Barbara Ann Robinson and Arthur Lee Robinson  : Case No. 14−17029−amc
    Debtor(s)

***ORDER***
_____

AND NOW, this day , January 22, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

94
Form 195