IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Barbara Ann Robinson** | : | **Case No.: 14-17029** |
| **Arthur Lee Robinson** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | | |
|---|---|---|
| **Barbara Ann Robinson and Arthur Lee Robinson,** | : | |
| | : | |
| **Plaintiff,** | : | **Adv. Pro. No.  15-00192** |
| | : | |
| **v.** | : | |
| | : | |
| **Wells Fargo Bank, N.A.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2022, upon consideration of the Motion to Reopen the Adversary Proceeding to Correct the Order Granting Motion for Default Judgment (Docket No. 13) and for good cause shown, the Motion is approved and case is re-opened for Order correction only.  The case is to be closed immediately once the correction order is docketed.

**Date: May 4, 2022**

_____
Ashely M. Chan
United States Bankruptcy Judge

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West, Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA  19107, ecfemails@ph13trustee.com (notified by ecf)

Georgette Miller, Attorney for Debtor, Margolis Edelstein, The Curtis Center, 170 S. Independence Mall W, Suite 400, Philadelphia, PA  19106, bky@margolisedelstein.com (notified by ecf)

Barbara Ann Robinson and Arthur Lee Robinson, Debtor, 1322 St. Vincent Street, Philadelphia, PA  19111 (notified by regular US Mail)

Wells Fargo Bank Nv Na, Party of Interest, Po Box 31557, Billings,, MT  59107 (notified by regular US Mail)